In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE FIFTH JUDICIAL DISTRICT.— Richard Aronson, Esq., of Syracuse, N. Y., is appointed a member of the committee in place of T. Aaron Levy, Esq., resigned.